```
LAWRENCE G. BROWN
Acting United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CLAUDIA TORRES RAMOS,<br>aka Claudia Torres De Torres,<br><br>  Defendant. | CASE NO. 1:02CR5101 AWI<br><br>MOTION AND ORDER FOR<br>DISMISSAL OF INDICTMENT |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment, against CLAUDIA TORRES RAMOS, aka Claudia Torres De Torres, in the interest of justice and without prejudice.

DATED: February 23, 2009          Respectfully submitted,

                                  LAWRENCE G. BROWN
                                  Acting United States Attorney

                              By   /s/ Sheila K. Oberto
                                   SHEILA K. OBERTO
                                   Assistant U.S. Attorney

1

```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SHEILA K. OBERTO
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7            IN THE UNITED STATES DISTRICT COURT FOR THE
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      ) CASE NO. 1:02CR5101 AWI
                                   )
11            Plaintiff,           ) ORDER FOR
                                   ) DISMISSAL OF INDICTMENT
12       v.                        )
                                   )
13  CLAUDIA TORRES RAMOS,          )
    aka Claudia Torres De Torres,  )
14                                 )
              Defendant.           )
15  _____)
```

16     IT IS HEREBY ORDERED, that the Indictment against CLAUDIA
17 TORRES RAMOS, aka Claudia Torres De Torres, be dismissed in the
18 interest of justice and without prejudice.
19
20 IT IS SO ORDERED.

21 **Dated:   February 23, 2009**          /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE