| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057<br>Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330<br>Fresno, CA  93721-2226 |
| 4 | Telephone: 559-487-5561 |
| 5 | Attorneys for Defendant<br>CLAUDIA TORRES RAMOS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLAUDIA TORRES RAMOS,<br><br>Defendant. | Case No.  1:02-cr-05101-AWI-12<br><br>**DEFENDANT'S MOTION TO EXONERATE CASH BOND; ORDER**<br><br>Judge:  Honorable Stanley A. Boone |

Defendant Claudia Torres Ramos was ordered released on conditions on April 26, 2002, including the posting of $5,000.00 by surety Angelica M. Rangel and $5,000.00 by surety Estela Ramos.  See DKT # 66, 69, 70, 71, 72, 77.  On February 25, 2009, the government filed and the Honorable Anthony W. Ishii signed, an order for dismissal of indictment as to Claudia Torres Ramos.  Since no conditions of the bond remain to be satisfied, Ms. Ramos therefore requests that cash bond be exonerated pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure and returned to the posting sureties.  Defense counsel has been informed due to the age of the case, the cash bond has been moved to the Court's unclaimed funds account.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS<br>                                        Federal Defender

Date: June 28, 2019                          */s/*  Charles J. Lee
                                                         CHARLES J. LEE
                                                         Assistant Federal Defender
                                                         Attorneys for Defendant
                                                         CLAUDIA TORRES RAMOS

**O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the bond in the above-captioned case and return the posted cash as follows:

$5,000.00 to Angelica M. Rangel; and

$5,000.00 to Estela Ramos.

IT IS SO ORDERED.

Dated: **June 28, 2019**

UNITED STATES MAGISTRATE JUDGE